CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>    Plaintiff,<br>v.<br><br>YEIN PROPERTY LLC, a California Limited Liability Company; LPRP CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:19-CV-05375-ODW-PJW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Dwain Lammey, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Yein Property LLC, a California Limited Liability Company; LPRP Corporation, a California Corporation; have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 6, 2020         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorney for Plaintiff